UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

SCOTT MOREHOUSE,

               Plaintiff,

  v.                                         9:08-CV-0946
                                            (LEK/GHL)

GEORGE ALEXANDER, Chairman,
N.Y.S. Div. of Parole; W. WILLIAM
SMITH, Comm'r, N.Y.S. Div. of Parole;
WILLIAM R. CROWE, Comm'r, N.Y.S.
Div of Parole; and N.Y.S. Div of Parole,

               Defendants.

**DECISION AND ORDER**

      This matter comes before the Court following a Report-Recommendation filed on September 30, 2008 by the Honorable George H. Lowe, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b) and L.R. 72.3 of the Northern District of New York. Report-Rec. (Dkt. No. 4). After ten days from the service thereof, the Clerk has sent the entire file to the undersigned, including the objections by Plaintiff Scott Morehouse, which were filed on October 14, 2008. Objections (Dkt. No. 5).

      It is the duty of this Court to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b). "A [district] judge . . . may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." Id. This Court has considered the objections and has undertaken a de novo review of the record and has determined that the Report-Recommendation

1

should be approved for the reasons stated therein.

Accordingly, it is hereby

**ORDERED**, that the Report-Recommendation (Dkt. No. 4) is **APPROVED** and **ADOPTED** in its **ENTIRETY**; and it is further

**ORDERED**, that the Plaintiff's Complaint (Dkt. No. 1) is *sua sponte* **DISMISSED with prejudice**; and it is further

**ORDERED**, that Plaintiff's Motion to appoint counsel (Dkt. No 6) is **DISMISSED as moot**; and it is further

**ORDERED**, that the Clerk serve a copy of this Order on all parties.

**IT IS SO ORDERED**.

DATED:	November 03, 2008
	Albany, New York

_____
Lawrence E. Kahn
U.S. District Judge